Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65884.**—Lang & Marshall Co., Inc. *v.* United States, protests 311919–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65885.**—Republic Interocean Corp. *v.* United States, protest 60/21093 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 65886.**—Arthur J. Fritz and Japan Trade Center et al. *v.* United States, protests 59/23395, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65887.**—John T. Bill & Co. et al. *v.* United States, protests 60/4431, etc. (Los Angeles).